FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 29 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                 DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, January 29, 2014, for a scheduled hearing on the government's superseding motion to revoke supervised release. Document #132. Assistant United States Attorney Patricia S. Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa G. Peters.

Based on the defendant's admission of the violations outlined in the petition, the Court determined that defendant's supervised release should be revoked. The superseding motion to revoke supervised release is GRANTED. Document #132.

IT IS THEREFORE ORDERED that defendant be committed to the custody of the United States Marshals Service/Federal Bureau of Prisons for a term of **THREE (3) DAYS (from 6:00 p.m. on a Friday until 7:00 a.m. the following Monday).** The defendant is allowed to remain on his current conditions of release and self-report to the designated facility on the date designated by the United States Marshals Service. **Supervised release is reimposed and will expire January 31, 2014.**

The conditions of supervised release previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this ____ day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE