# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                                         NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                  DEFENDANT

### ORDER

Court convened on Tuesday, February 10, 2015, for a hearing on the government's motion to revoke the supervised release of defendant Cesaire Aimd Onukwube. Document #137. Assistant United States Attorney Benecia B. Moore was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Lisa G. Peters.

Upon inquiry from the Court, the defendant admitted the allegations outlined in the petition to revoke. Following statements from counsel and the defendant, the Court determined that the motion to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of probation previously imposed by May 15, 2015. In the event the defendant is found to be in violation of his supervised release conditions prior to May 15, 2015, the United States Attorney is directed to submit the appropriate motion and the Court will conduct a hearing. If there are no additional violations and the defendant abides by all conditions of supervised release, the motion to revoke will be dismissed.

IT IS SO ORDERED this 11th day of February, 2015.

                                                                          _____
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE