### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                          NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                                  DEFENDANT

**ORDER**

Pending before the Court is the government's superseding motion for revocation of defendant Cesaire Aimd Onukwube's supervised release. Document #144. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's superseding motion to revoke is scheduled to begin on **FRIDAY, JUNE 5, 2015, at 10:15 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **CESAIRE AIMD ONUKWUBE** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Lisa G. Peters was previously appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 27th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE