### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                            NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                                              DEFENDANT

### ORDER

The hearing on the government's Superseding Motion to Revoke the Supervised Release of defendant Cesaire Aimd Onukwube is hereby rescheduled for **FRIDAY, JUNE 12, 2015, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #144.

IT IS SO ORDERED this 8th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE