FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 12 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                       DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Friday, June 12, 2015, for a scheduled hearing on the government's superseding motion to revoke supervised release. Document #144. Assistant United States Attorney Patricia S. Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa G. Peters.

Based on the defendant's admission of the violations outlined in the superseding motion, the Court determined that defendant's supervised release should be revoked. The superseding motion to revoke supervised release is GRANTED. Document #144.

IT IS THEREFORE ORDERED that defendant is sentenced to **TIME SERVED**. Supervised release is reimposed and will expire on January 31, 2017, with the following special conditions:

- The defendant is to immediately be released to the custody of Reverend William Robinson for transportation to the Hoover Center.

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program at the Hoover Center for a period of time to be determined by the program administrators. Costs associated with the treatment program to be paid by the defendant.

- Termination from the treatment program will be considered a violation of supervised release.

All other conditions of supervised release previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this 12th day of June, 2015.

                                                             _____
                                                             J. LEON HOLMES
                                                             UNITED STATES DISTRICT JUDGE