**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                     No. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                              DEFENDANT

**ORDER**

Pending before the Court is defendant's Unopposed Motion for Continuance of the supervised release revocation hearing currently set for August 25, 2015. The motion is GRANTED. Document #154.

The hearing on the pending motion to revoke supervised of defendant Cesaire Aimd Onukwube is hereby rescheduled for **WEDNESDAY, SEPTEMBER 9, 2015, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Docket #152.

IT IS SO ORDERED this 24th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE