IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                     No. 4:08CR00425-01 JLH

CESAIRE AIMD ONUKWUBE                                                        DEFENDANT

## ORDER

The hearing on the pending motion to revoke supervised release of defendant Cesaire Aimd Onukwube is hereby rescheduled for **FRIDAY, SEPTEMBER 11, 2015, at 1:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.  Docket #152.

IT IS SO ORDERED this 3rd day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE